IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DORIS HARALSON**                                                                                                  **PLAINTIFF**

**v.**                                     **CASE NO. 4:11CV00491 BSM**

**DOVER DIXON HORNE PLLC**                                                                        **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff Doris Haralson's motion to dismiss her claims without prejudice [Doc. No. 12] is granted. The complaint is hereby dismissed without prejudice, and the clerk's office is directed to close the case.

IT IS SO ORDERED this 2nd day of February 2012.

_____
UNITED STATES DISTRICT JUDGE